**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                        )
ORGANIX, LLC                            )
                                        )
                    Plaintiff,          )
        v.                              )        Case No. 1:24-cv-03536-ACR
                                        )        Judge Ana C. Reyes
                                        )
DISTRICT OF COLUMBIA, *et al.*,         )
                                        )
                    Defendants.         )
_____ )

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion for Preliminary Injunction and the Opposition thereto filed by Defendants the Council of the District of Columbia and Councilmember Kenyan McDuffie (the "Council Defendants"), and the entire record in this case, it is hereby:

ORDERED, that, as to the Council Defendants, Plaintiff's Motion for Preliminary Injunction is DENIED.

SO ORDERED.


DATE: _____          _____
                                    ANA C. REYES
                                    United States District Judge